# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **TIMOTHY SPARKS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22CV00015 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **D. MARTIN,** | ) | Judge James P. Jones |
| | ) | |
| Defendant. | ) | |

The Complaint was filed on April 1, 2022. No proof of service nor waiver of service has been filed and no appearance or pleading has been filed on behalf of the defendant. The plaintiff has not responded to an Order entered January 10, 2023, requiring him to show cause why the action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Accordingly, the action is hereby DISMISSED without prejudice. The Clerk shall close the case.

It is so **ORDERED**.

ENTER: January 26, 2023

/s/ James P. Jones
Senior United States District Judge